JTW: 07.02.24
JGO: 2024R00244

FILED ___ ENTERED
____ LOGGED _____ RECEIVED

4:31 pm, Jul 03 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. 1:24-cr-00214-MJM |
| v. | * | |
| | * | (Firearms Trafficking, 18 U.S.C. § 933(a)(1) and (a)(3); Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Illegal Possession of a Machinegun, 18 U.S.C. § 922(o); Forfeiture, 18 U.S.C. §§ 924(d) and 934(a)(1), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| **CEDRICK BRINKLEY,** | * | |
| **STEVEN LEE,** | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Conspiracy to Commit Firearms Trafficking)

The Grand Jury for the District of Maryland charges that:

From at least on or about April 17, 2024 continuing through April 24, 2024, in the District of Maryland, the defendants,

**CEDRICK BRINKLEY, and**
**STEVEN LEE,**

did knowingly combine, conspire, confederate, and agree together with each other and persons known and unknown to the Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. 933(a)(3)

## COUNT TWO
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about April 3, 2024, in the District of Maryland, the defendant,

**CEDRICK BRINKLEY,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms - that is, one Glock 19 9mm pistol bearing serial number LCK807, one Beretta Px4 Storm .40 caliber pistol bearing serial number PY23843, one Ruger LC9S 9mm pistol with an obliterated serial number, and one Walther PPS 9mm pistol bearing serial number AE6674 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT THREE
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about April 17, 2024, in the District of Maryland, the defendant,

**CEDRICK BRINKLEY,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of five firearms - that is, one Glock 26 9mm pistol bearing serial number ADGG096, one Taurus G3C 9mm pistol bearing serial number ABL192334, one SCCY CPX-1 9mm pistol bearing serial number 856505, one Smith & Wesson M&P Shield EZ 9mm pistol bearing serial number NHY3068, and one Canik TP-9 9mm pistol bearing serial 22BN06995 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT FOUR
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about April 24, 2024, in the District of Maryland, the defendants,

**CEDRICK BRINKLEY, and**
**STEVEN LEE,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of five firearms - that is, one Glock 43x 9mm pistol bearing serial number BWCB700, one Kahr Arms TP45 .45 caliber pistol bearing serial number SA6643, one Glock 45 9mm machine gun bearing serial number BVMZ561, one F.N. Five-Seven .57 caliber pistol bearing serial number 386379124, and one HS Produkt XD357 .357 caliber pistol bearing serial number US331743 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)
18 U.S.C. § 2

## COUNT FIVE
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about April 3, 2024, in the District of Maryland, the defendant,

**CEDRICK BRINKLEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms - that is, one Glock 19 9mm pistol bearing serial number LCK807, one Beretta Px4 Storm .40 caliber pistol bearing serial number PY23843, one Ruger LC9S 9mm pistol with an obliterated serial number, one Walther PPS 9mm pistol bearing serial number AE6674 - and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT SIX
### (Illegal Possession of a Machine Gun)

The Grand Jury for the District of Maryland further charges that:

On or about April 24, 2024, in the District of Maryland, the defendant,

**CEDRICK BRINKLEY,**

did knowingly possess a machinegun - that is, a Glock 45 9mm pistol bearing serial number BVMZ561, equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

18 U.S.C. § 922(o)

## COUNT SEVEN
**(Possession of Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about May 3, 2024, in the District of Maryland, the defendant,

**CEDRICK BRINKLEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit, fifty rounds of Fiocchi semi-jacketed hollow point .32 caliber ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT EIGHT
**(Possession of a Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about July 2, 2024, in the District of Maryland, the defendant,

**STEVEN LEE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit, a Taurus PT709 9mm pistol bearing serial number TFT63145 loaded with six rounds of ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 934(a)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under any of the offenses alleged in Counts One through Eight of this Indictment.

### Firearms Trafficking Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One through Four of this Indictment, the defendants,

**CEDRICK BRINKLEY and**
**STEVEN LEE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offense(s) alleged in Counts One through Eight of this Indictment, the defendants,

**CEDRICK BRINKLEY and**
**STEVEN LEE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

**Property Subject to Forfeiture**

4. The property to be forfeited includes, but is not limited to:

    a. a forfeiture money judgment in the amount each defendant obtained as a result of any of the offenses alleged in Counts One through Four;

    b. approximately $19,900 in United States currency seized from 8608 Sweet Autumn Drive, Windsor Mill, Maryland on or about July 2, 2024;

    c. a Glock 43x 9mm pistol bearing serial number CAVW679;

    d. a KE Arms KE-9 9mm pistol bearing serial number KA01730;

    e. a Taurus PT709 Slim 9mm pistol bearing serial number TFT63145;

    f. approximately six rounds of 9mm ammunition;

    g. approximately 35 rounds of assorted ammunition; and

    h. a .45 caliber magazine.

**Substitute Assets**

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 934(a)(1)

21 U.S.C. § 853
28 U.S.C. § 2461(c)

                                                       *Erek L. Barron / JGO*
                                                       Erek L. Barron
                                                       United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
*Foreperson*

07-03-24
Date